**Dismissed and Memorandum Opinion filed November 17, 2020.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-20-00644-CR

**ERIC ROMERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1568554**

## MEMORANDUM OPINION

Appellant is attempting a pro se appeal of the trial court's order granting the State's motion to dismiss the cause because appellant was convicted in *State v. Romero*, No. 1571876 (208th Dist. Ct., Harris County, Tex., Jul. 15, 2019), *appealed*, No. 14-20-00662-CR (Tex. App.—Houston [14th Dist.]).

In Texas, appeals in criminal cases are permitted only when they are authorized by statute. *State ex rel. Lykos*, 330 S.W.3d 904, 915 (Tex. Crim. App. 2011); *see* Tex. Code Crim. Proc. Ann. art. 44.02. Generally, a criminal defendant

may only appeal from a final judgment. *See State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990).

Because this appeal does not fall within the exceptions to the general rule that an appeal may be taken only from a final judgment of conviction, we have no jurisdiction.

Accordingly, the appeal is dismissed for want of jurisdiction.


PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.

Do Not Publish — Tex. R. App. P. 47.2(b).